518 A.2d 264

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL RESOURCES**

v.

**Donald W. DIETZ, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 4, 1986.

Decided Dec. 10, 1986.

Robert M. Hanak, Reynoldsville, Marvin S. Lieber, Howard J. Wein, Pittsburgh, for appellant.

Gary A. Peters, Com. of Pa. Dept. of Environmental Resources, Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Order affirmed.

FLAHERTY, J., did not participate in the consideration or decision of this case.